UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
   DEBRA HIRATZKA                                    CASE NO. 25-10803
   6857 INDIAN HILL PLACE                        (CHAPTER 13)
   CINCINNATI, OH  45227                        JUDGE BETH A. BUCHANAN

       Debtor

CHAPTER 13 TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO FILE SCHEDULES OR PLAN AND NOTICE OF HEARING

Now comes Margaret A. Burks, Standing Chapter 13 Trustee, and requests that the Court dismiss this case.

MEMORANDUM

A petition was filed in this case on April 08, 2025. Debtor has failed to file the schedules, plan, a creditor matrix, or summary of schedules or all the above in violation of the Federal Rules of Bankruptcy Procedure.

This motion is made pursuant to Federal Rules of Bankruptcy Procedure 1007(c) and 3015(b).

The Trustee requests that this case be dismissed.

                                              Respectfully submitted,

                               /s/   Margaret A. Burks, Esq.
                                        Margaret A. Burks, Esq.
                                        Chapter 13 Trustee
                                        Attorney No. OH 0030377

                                        Francis J. DiCesare, Esq.
                                        Staff Attorney
                                        Attorney No. OH 0038798

                                        Tammy E. Stickley, Esq.
                                        Staff Attorney
                                        Attorney Reg No. OH 0090122

                                        600 Vine Street, Suite 2200
                                        Cincinnati, OH 45202
                                        (513) 621-4488
                                        (513) 621 2643 (Facsimile)
                                        fdicesare@cinn13.org
                                        tstickley@cinn13.org
                                        mburks@cinn13.org - Correspondence only

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Motion to Dismiss was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and

    by **first class mail** on April 23, 2025 addressed to:

Debtor's Attorney:
STATMAN, HARRIS & EYRICH, LLC
35 E. 7th Street
Suite 315
CINCINNATI, OH  45202

Debtor(s):
DEBRA HIRATZKA
6857 INDIAN HILL PLACE
CINCINNATI, OH  45227

                                                    /s/   Margaret A. Burks, Esq.
                                                            Margaret A. Burks, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
  DEBRA HIRATZKA                                         CASE NO. 25-10803
  6857 INDIAN HILL PLACE                      (CHAPTER 13)
  CINCINNATI, OH 45227                        JUDGE BETH A. BUCHANAN

       Debtor

## NOTICE OF MOTION TO DISMISS AND HEARING

The Chapter 13 Trustee, Margaret A. Burks, has filed papers with the Court to dismiss your case.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief sought in this motion, then on or before twenty-one (21) days from the date set forth in the certificate of service for the motion, you or your attorney must:

File with the Court a response explaining your position by mailing your response by regular U.S. Mail to the address below OR your attorney must file a response using the court's ECF system. The Court must receive your response on or before the above date.

    U.S. BANKRUPTCY COURT
    ATRIUM II, SUITE 800
    221 EAST 4TH STREET
    CINCINNATI, OH 45202

You must also mail a copy to:

| | |
|---|---|
| MARGARET A BURKS, TRUSTEE | OFFICE OF THE U.S. TRUSTEE |
| CHAPTER 13 TRUSTEE | J.W. PECK FEDERAL BULIDING |
| 600 VINE, SUITE 2200 | 550 MAIN ST., ROOM 4-812 |
| CINCINNATI, OH 45202 | CINCINNATI, OH 45202 |

Debtor's Attorney:
STATMAN, HARRIS & EYRICH, LLC
35 E. 7th Street
Suite 315
CINCINNATI, OH 45202

Debtor(s):
DEBRA HIRATZKA
6857 INDIAN HILL PLACE
CINCINNATI, OH 45227

The Court will send you a separate notice if it sets a hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further hearing or notice.

**PLEASE BE ADVISED that all parties should check the Judge's website for any updated COVID-19 policies and procedures regarding the hearing location. The Judge's website can be found on the Bankruptcy Court's website at: www.ohsb.uscourts.gov under the Judges' Information / Judge's Name / Policies and Procedures.**

**If a response is filed within the time provided above, then a hearing will be held on June 05, 2025 at 2:00 pm at U.S. Bankruptcy Court , Room 814, Courtroom 1, Atrium II, 221 East Fourth Street, Cincinnati, OH  45202.  If no response is filed within the time provided, then no hearing will be held and the Court may enter an order dismissing this case.**

Date:  April 23, 2025

/s/   Margaret A. Burks, Esq.
Margaret A. Burks, Esq.