**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | Case No. 25-10803 |
| | : | (Chapter 13) |
| **DEBRA HIRATZKA,** | : | (Judge B. Buchanan) |
| | : | |
| | : | |
| **Debtor** | : | |

**LIQUIDATION ANALYSIS**

REAL ESTATE:

6857 Indian Hill Place:

| | |
|---|---|
| Value | $680,000 |
| First Mortgage | $116,000 |
| IRS Secured Debt | $316,200 |

Debtor's Fractional Ownership – 50%

| | |
|---|---|
| Debtor's Value | $340,000 |
| Debtor's First Mortgage | $58,000 |
| Debtor's IRS Secured Debt | $158,100 |
| Cost of Sale | |
|     Realty Fee (7%) | $45,500 |
|     Closing Costs /Deed | $4,500 |
| Exemption | $161,375 |
| | -$87,975 |

BALANCE/EQUITY　　　　　　　　　　　　　　　　　　　　0.00

2856 Observatory:

| | |
|---|---|
| Value | $580,000 |
| First Mortgage | $36,450 |
| Second Mortgage | $178,000 |
| IRS Secured Debt | $316,200 |

Debtor's Fractional ownership – 33.33%

| | |
|---|---|
| Debtor's Value | $193,000 |
| Debtor's First Mortgage | $12,150 |

| | | |
|---|---|---|
| Debtor's Second Mortgage | $60,000 | |
| Debtor's IRS | $105,500 | |
| Costs of Sale | | |
|    Realty Fee (7%) | $40,600 | |
|    Closing Costs/Deed | $4,000 | |
| Exemption | <u>$1,000</u> | |
| | -30,250 | |
| BALANCE/EQUITY | | 0.00 |

Personal Property

| | | |
|---|---|---|
| Bank Accounts/Financial Interests | $375 | |
| Exemptions | <u>$375</u> | |
| BALANCE/EQUITY | | 0.00 |
| | | |
| Household Goods | $71,700 | |
| Exemptions | <u>$6,995</u> | |
| BALANCE/EQUITY | | $64,705 |

| | | |
|---|---|---|
| Chapter 7 Trustee Fee | $18,955 | |
| Balance/Equity | | $45,750 |

Liquidation percentage per 11 U.S.C. Section 1325(a)(4)
Equity ($45,750) divided by (unsecured debt) $110,700 equals (Liquidation Percentage) 41.32%

                                   Respectfully submitted,

                                   STATMAN, HARRIS, LLC

                                   /s/  *William B. Fecher*
                                   William B. Fecher  (0039240)
                                   Attorney for Debtor
                                   315 Est 7th Street, Suite 315
                                   Cincinnati, OH  45202
                                   513/621-2666  Fax:  513/621-4896
                                   Email: wbfecher@statmanharris.com