UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-10803 |
| | | CHAPTER 13 |
| DEBRA HIRATZKA | | |
| | : | JUDGE BETH A. BUCHANAN |
| DEBTOR | | |
| | : | TRUSTEE'S WITHDRAWAL OF MOTION TO DISMISS |

Comes now the Chapter 13 Trustee, Margaret A. Burks, and withdraws her Motion to Dismiss.

Respectfully submitted,

/s/  Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Tammy E. Stickley, Esq.
Staff Attorney
Attorney Reg No. OH 0090122

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
tstickley@cinn13.org

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Trustee's Withdrawal of Motion to Dismiss was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and

    by **first class mail** on May 15, 2025  addressed to:

Debtor(s)
DEBRA HIRATZKA
6857 INDIAN HILL PLACE
CINCINNATI, OH  45227

                                                   /s/     Margaret A. Burks, Esq.
                                                           Margaret A. Burks, Esq.