**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | Case No. 25-bk-10803 |
| | : | Chapter 13 |
| DEBRA HIRATZKA | : | Judge Beth A. Buchanan |
| | : | |
| Debtor. | : | **CREDITOR BART ALFORD,** |
| | : | **TRUSTEE'S OBJECTION TO** |
| | : | **CONFIRMATION** |
| | : | |

Bart W. Alford Trustee of the Second Amended and Restated Trust Agreement Dated Dec. 23, 2011 ("Creditor") hereby objects to the Confirmation of Debtor's Proposed Third Amended Chapter 13 Plan [Doc. 125] (the "Plan"). The Plan's nonstandard provision is objectionable because it freezes administration of Creditor's claim for eighteen months. It is agreeable to presently pause administration while Creditor proceeds with the foreclosure of Debtor's son's real property in Hamiton County, Ohio. But should that foreclosure cease for any reason, including but not limited to a subsequent bankruptcy filed by Debtor's son, or if Creditor deems it advisable to have his claim administered, Creditor should be able to contact the Trustee and apply for administration—Creditor should not be artificially limited by having to wait eighteen months to do so.

The nonstandard provision also only contemplates Creditor's unsecured claim. Creditor possesses a secured claim, and upon reinstatement of administration and resolution of Debtor's objections, the nonstandard provision should clarify that Creditor's unsecured and secured claim would proceed with administration.

A proposed revised nonstandard provision is attached as <u>Exhibit A</u> hereto and incorporated by this reference.  Accordingly, Creditor respectfully requests that the Court uphold his objection.


Date:  April 1, 2026

Respectfully Submitted,

REARDON & CHASAR, LPA


/s/ Matthew R. Chasar
Matthew R. Chasar (0075191)
Joseph M. Sprafka III (0085175)
455 Delta Avenue, Suite 108
Cincinnati, Ohio 45226-1345
Tel: (513) 827-6136
Fax: (513) 297-7900
Email: mrchasar @ reardonchasar.com
Email: jmsprafka @ reardonchasar.com
*Counsel for Creditor Bart Alford Trustee*


## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2026 a true and accurate copy of the foregoing Objection was filed electronically and served on all registered ECF participants electronically through the Court's ECF system at the email addresses registered with the Court, and was also sent by first class mail to debtor Debra Hiratzka, 6857 Indian Hill Place, Cincinnati, OH 45227.

/s/ Matthew R. Chasar
Matthew R. Chasar

2

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | Case No. 25-bk-10803 |
| | : | Chapter 13 |
| DEBRA HIRATZKA | : | Judge Beth A. Buchanan |
| | : | |
| Debtor. | : | **NOTICE OF OBJECTION TO** |
| | : | **CONFIRMATION** |
| | : | |
| | : | |

Creditor Bart Alford, Trustee, has filed an Objection to Confirmation of the Third Amended Plan filed in the above-referenced case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in objection to confirmation, or if you want the court to consider your views on the objection, _____ at the United States Bankruptcy Court, Atrium II, Suite 800, 221 East 4th Street, Cincinnati, Ohio 45202.  You may also file a Response explaining your position.

If you mail your response to the court for filing, you must mail it early enough so the court will receive it before the confirmation hearing.

If you file a Response, you must also mail a copy to:

Margaret A. Burks                                    U.S. Trustee
Chapter 13 Trustee                                 J.W. Peck Federal Building
600 Vine Street                                        550 Main Street, Room 4-812
Suite 2200                                               Cincinnati, Ohio 45202
Cincinnati, Ohio 45202

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief.

Date:        April 1, 2026                          /s/ Matthew R. Chasar
                                                              Matthew R. Chasar

3