**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **:** | **Case No. 25-10803** |
| | **:** | **(Chapter 13)** |
| **DEBRA HIRATZKA,** | **:** | **(Judge B. Buchanan)** |
| | **:** | |
| | **:** | |
| **Debtor** | **:** | |

**MOTION FOR VOLUNTARY DISMISSAL**

Comes now Debtor Debra Hiratzka and respectfully asks this Court to voluntarily dismiss this case. See 11 U.S.C. Section 1307(b).

Respectfully submitted,

STATMAN HARRIS, LLC

*/s/ William B. Fecher*
William B. Fecher (0039240)
Attorney for Debtor
315 Est 7th Street, Suite 315
Cincinnati, OH 45202
513/621-2666 Fax: 513/621-4896
Email: wbfecher@statmanharris.com
Attorney for Debtor

*/s/ Debra Hiratzka*
Debtor Debra Hiratzka

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Voluntary Dismissal was served (i) **electronically** on the date of filing through the Court's ECF System on all ECF participants registered in this case, including but not limited to (a) Marge Burks, the Chapter 13 Trustee, (b) the U.S. Trustee, and (c) by U.S. mail on all creditors on the attached matrix.

*/s/ William B. Fecher*
William B. Fecher

Backlotcars
1100 Main St.
Ste. 1500
Kansas City, MO 64105

Discover Card
PO Box 30945
Salt Lake City, UT 84130-0945

First Savings Bank
501 East Lewis and Clark Parkway
Clarksville, IN 47219

GM Financial
P.O. Box 181145
Arlington, TX 76096

Hamilton County Treasurer
138 E Court Street
Room 408
Cincinnati, OH 45202

Loren Hiratzka
6857 Indian Hill Place
Cincinnati, OH 45227

Nordstrom
PO Box 6555
Englewood, CO 80155-6155

PNC Bank,  N.A.
P.O. Box 489909
Charlotte, NC 28269-5329

PNC Bank, N.A.
P.O. Box 489909
Attn:  Bankruptcy Department
Charlotte, NC 28264-5329

Ryan Fels
8933 Terwilligers Trail
Cincinnati, OH 45249

State of Ohio
P.O. Box 2678
Columbus, OH 43216

United States Attorney's Office
221 East 4th Street
Ste. 400
Cincinnati, OH 45202

United States Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, DC 20044

Wells Fargo
P.O. Box 10335
Des Moines, IA 50306-0335